Argued and submitted August 27, reversed and remanded September 17, 2003

## STATE OF OREGON,
*Respondent,*

*v.*

## JOYCE MARIE HAYDEN,
*Appellant.*

C001741CR; A112807

76 P3d 676

Monica L. Finch, Deputy Public Defender, argued the cause for appellant. With her on the opening brief was David E. Groom, Acting Executive Director, Office of Public Defense Services; and with her on the reply brief was Peter A. Ozanne, Executive Director, Office of Public Defense Services.

Janet A. Metcalf, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Landau, Presiding Judge, and Armstrong and Brewer, Judges.

PER CURIAM

Reversed and remanded. *State v. Gonzalez*, 188 Or App 430, 71 P3d 573 (2003); *State v. Delaney*, 187 Or App 717, 71 P3d 93 (2003).